**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6785**

---

HOWARD PERRY STAFFORD,

Plaintiff - Appellant,

versus

WARDEN, Marion Correctional Treatment Center;
MAYS WILSON TATE, JR.; JAMES DENNY, Correc-
tional Officer; DEPARTMENT OF CORRECTIONS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-01-229)

---

Submitted: September 6, 2001     Decided: September 18, 2001

---

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Howard Perry Stafford, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Howard Perry Stafford appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Stafford v. Warden, Marion Corr. Treatment Ctr., No. CA-01-229 (W.D. Va. Apr. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2